IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHNNY PALERMO,<br><br>        Defendant. | **4:23CR3051**<br>**4:23CR3052**<br><br><br>**ORDER** |

On the court's own motion,

IT IS ORDERED:

1) Defendant's plea hearing will be held before the undersigned magistrate judge on October 19, 2023 at 2:00 p.m. Defendant is ordered to appear at this hearing.

2) The time between today's date and the district court judge's acceptance or rejection of the anticipated plea of guilty shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 22nd day of September, 2023.

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge