IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOHNNY PALERMO,<br><br>　　　　　　Defendant. | 4:23CR3051<br>4:23CR3052<br><br>MOTION TO CONTINUE |

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and jointly requests with the defendant to continue the change of plea hearing from November 28, 2023 to a date on or after January 2, 2024.

In support of this request, the government offers that the additional time will allow the parties to work through terms of the plea agreement.

　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA, Plaintiff

　　　　　　　　　　　　　　　　　SUSAN LEHR
　　　　　　　　　　　　　　　　　Acting United States Attorney
　　　　　　　　　　　　　　　　　District of Nebraska

　　　　　　　　By:　　s/ Donald J. Kleine
　　　　　　　　　　　　DONALD J. KLEINE, #22669
　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　1620 Dodge Street, Suite 1400
　　　　　　　　　　　　Omaha, NE  68102-1506
　　　　　　　　　　　　Tel:  (402) 661-3700
　　　　　　　　　　　　Fax:  (402) 661-3084
　　　　　　　　　　　　E-mail: donald.kleine@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on November 21, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants. I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants: None.

                                                  s/ Donald J. Kleine
                                                  Assistant U.S. Attorney