IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 4:23CR3052 |
| ) | |
| Plaintiff, ) | |
| ) | **MOTION TO RESTRICT** |
| vs. ) | |
| ) | |
| JOHNNY PALERMO, ) | |
| ) | |
| Defendant. ) | |

The Defendant, by and through his attorney, Glenn A. Shapiro, intends to file a Motion for Downward Variance or Sentencing Adjustment which contains personal information which is protected from public viewing in accordance with the law.

**WHEREFORE** the Defendant requests the Court grant an order allowing him to file the above-referenced documents restricted pursuant to the E-Government Act.

JOHNNY PALERMO, Defendant

s/Glenn A. Shapiro #19126
SHAPIRO RIHA LAW LLP
1001 Farnam Street
Omaha, NE  68102
(402) 341-0700
sgnomercy@yahoo.com
Attorney for the Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Lesley A. Woods, Assistant United States Attorney.

s/Glenn A. Shapiro