IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>JOHNNY PALERMO,<br><br>                    Defendant. | 4:23CR3051<br>4:23CR3052<br><br>STATEMENT OF PLAINTIFF<br>PURSUANT TO NECrimR. 32.1(b)<br>REGARDING SENTENCING<br>PROCEDURES AND ADOPTION OF<br>THE REVISED PRESENTENCE<br>INVESTIGATION REPORT |

COMES NOW Plaintiff, the United States of America, by and through the undersigned

Assistant United States Attorney, and hereby provides this written statement in accordance with

NECrimR. 32.1(b), regarding Sentencing Procedures.

Plaintiff hereby adopts the Revised Presentence Investigation Report.  Plaintiff

anticipates offering no additional evidence at sentencing, other than to rebut or address issues

raised by Defendant.

Respectfully Submitted,

UNITED STATES OF AMERICA,

SUSAN T. LEHR
United States Attorney
District of Nebraska

By:    s/ Donald J. Kleine
       DONALD J. KLEINE, #22669
       Assistant U.S. Attorney
       1620 Dodge Street, Suite 1400
       Omaha, NE  68102-1506
       Tel:  (402) 661-3700
       Fax:  (402) 661-3084
       E-mail: donald.kleine@usdoj.gov

1

CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.  I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants:

       Laura Baumann
       U.S. Probation

                              s/ Donald J. Kleine
                              Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on Click here to enter a date., I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:  Click here to enter text., and also hereby certify that a copy of the same has been served by regular mail, postage prepaid, to the following non-CM/ECF participants:

Click here to enter text.                Click here to enter text.

                              s /Click here to enter AUSA
                              Assistant U.S. Attorney

jp adoption of rpsr.docx                      2