IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHNNY PALERMO,<br><br>        Defendant. | 4:23CR3051<br>4:23CR3052<br><br>MOTION TO RESTRICT |

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and requests this Court to issue an Order pursuant to the E-Government Act restricting access to the Government's Sentencing Statement as this document contains information protected from public viewing in accordance with the law.

Dated this 4th day of April, 2024.

                                              UNITED STATES OF AMERICA
                                              SUSAN T. LEHR
                                              United States Attorney
                                              District of Nebraska


                        By:    s/ Donald J. Kleine
                                DONALD J. KLEINE, #22669
                                Assistant U.S. Attorney
                                1620 Dodge Street, Suite 1400
                                Omaha, NE  68102-1506
                                Tel:  (402) 661-3700
                                Fax:  (402) 661-3084
                                E-mail: donald.kleine@usdoj.gov

CERTIFICATE OF SERVICE

       I hereby certify that on April 4, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants. I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants: None.

                                                                           s/ Donald J. Kleine
                                                                          Assistant U.S. Attorney