IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>JOHNNY PALERMO, RICHARD<br>GONZALEZ, and JACK OLSON,<br><br>                    Defendants. | 4:23CR3051<br>4:23CR3052<br><br>MOTION TO RESTRICT |
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>VINCENT J. PALERMO, JOHNNY<br>PALERMO, and RICHARD GONZALEZ,<br><br>                    Defendants. | |

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and requests this Court to issue an Order pursuant to the E-Government Act restricting access to the Government's Response to Motion to Change Restitution Payee, the Index of Evidentiary Materials and the attached exhibits as these documents contain information protected from public viewing in accordance with the law.

Dated this 10th day of July, 2025.

1

UNITED STATES OF AMERICA

LESLEY A. WOODS
United States Attorney
District of Nebraska


By:    s/ Donald J. Kleine
DONALD J. KLEINE, #22669
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE  68102-1506
Tel:  (402) 661-3700
Fax:  (402) 661-3084
E-mail: donald.kleine@usdoj.gov


<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 10, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.  I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants:

Mr. Queno Martinez
NLPOA Omaha Chapter
6608 S. 161st Ave.
Omaha, NE 68135


s/ Donald J. Kleine
Assistant U.S. Attorney